| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael J. Jaurigue, CSBN 208123<br>Elaine Le, CSBN 277124<br>JAURIGUE LAW GROUP<br>114 N. Brand Blvd., Suite 200<br>Glendale, CA 91203<br>818-630-7280, 888-879-1697 (fax)<br>michael@jauriguelaw.com<br>elaine@jauriguelaw.com | **FILED & ENTERED**<br><br>**OCT 25 2013**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ghaltchi **DEPUTY CLERK** |
| ☒ *Attorney for Debtor(s) JULIE CORONA*<br>☐ *Debtor(s) appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Los Angeles* DIVISION**

| In re: | CASE NO.: 2:13-bk-24037-NB |
|---|---|
| | CHAPTER: 13 |
| JULIE CORONA | **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** |
| Debtor(s). | DATE: 10/17/2013<br>TIME: 2:00 pm<br>COURTROOM: 1545<br>PLACE: 255 E. Temple St., Los Angeles, CA 90012 |

**NAME OF CREDITOR HOLDING JUNIOR LIEN:** *Real Time Resolutions, Inc. Agent for JP Morgan Chase Bank, N.A.*

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

   *Street Address:*        314 MONTEREY RD.
   *Unit Number:*           #4
   *City, State, Zip Code:* SOUTH PASADENA, CA 91030

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 1

February 2013                                                                                          F 4003-2.4.ORDER

Legal description or document recording number (including county of recording):
TR#:38903*TR=38903 LOT 1 CONDOMINIUM AND LOT 3 WOOD TR*UNIT 9 City/Muni/Twp: REGION/CLUSTER: 05/05494, Los Angeles County APN: 5313-017-046

☐ See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

   a. *PHH Mortgage* in the amount of $ *314,854.21*.

   b. *Real Time Resolutions for Chase* in the amount of $ *$79,291.54* ☒ is ☐ is not   to be avoided;

   c. *Name of holder of 3rd lien* in the amount of $ *Amount of lien* ☐ is ☐ is not   to be avoided;

   ☐ See attached page for any additional encumbrance(s).

4. The motion is:

   a. ☐ DENIED   ☐ with ☐ without   prejudice, on the following grounds:

      1. ☐ Based upon the findings and conclusions made on the record at the hearing
      2. ☐ Unexcused non-appearance by Movant
      3. ☐ Lack of proper service
      4. ☐ Lack of evidence supporting motion
      5. ☐ Other (specify):

   b. ☒ GRANTED on the following terms:

      i. The Subject Property is valued at no more than $ *290,000.00* based on adequate evidence.

      ii. This avoidance of the respondent's junior lien is effective upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge in this case.

      iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

      iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

      v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.  The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

      vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 2

February 2013                                                                                                                                    F 4003-2.4.ORDER

vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

ix. ☐ See attached continuation page for additional provisions.

### 

Date: October 25, 2013

Neil W. Bason
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 3

*February 2013*                                                                                                                          **F 4003-2.4.ORDER**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **10/24/2013,** the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

United States Trustee- ustpregion16.la.ecf@usdoj.gov

Trustee Kathy A Dockery- efiling@CH13LA.com

Mehrdaud Jafarnia Representing  Bank of America, N.A. AND Nationstar Mortgage LLC, its assignees and/or successors - bknotice@mccarthyholthus.com

Darlene C Vigil For Courtesy NEF- cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

☐ Service information continued on attached page

**3.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

Chase Bank USA, National Association
Attn: Officer
200 White Clay Center Drive
Newark, DE 19711
(FDIC)

GE Capital Retail Bank
Attn: Officer
170 West Election Road, Suite 125
Draper, UT 84020
(FDIC)

Gecrb/Chevron
Po Box 965015
Orlando, FL 32896

☒ Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 4

February 2013

F 4003-2.4.ORDER

**ADDITIONAL SERVICE INFORMATION:**
Grant & Weber (Original Creditor:Hunting
26575 West Agoura Road
Calabasas, CA 91302

ICQ Search Recovery
Attn: Frank Dean Chao
14443 Park Avenue, Suite B1
Victorville, CA 92392
(Secretary of State- California)

Department Stores National Bank/Macys
Bankruptcy Processing
Po Box 8053
Mason, OH 45040
(Proof of Claim)

Mortgage Service Cente
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

Nordstrom Fsb
Po Box 6565
Englewood, CO 80155
(Proof of Claim)

Real Time Resolutions, Inc.
1349 Empire Central Dr, Ste #150
P.O. Box 36655
Dallas, Tx 75247
(Proof of Claim)

Portfolio Recovery Associates, LLC
c/o Chevron And Texaco Credit Card
POB 41067
Norfolk VA 23541
(Proof of Claim)

SoCal Collections, LLC
Attn: Adrian Oesterreich
1260 Huntington Dr., Suite 104
South Pasadena, CA 91030
(Secretary of State- California)

U.S. Bank National Association
c/o PHH Mortgage Corp.
2001 Bishops Gate Blvd.
Mt. Laurel, NJ 08054
(Proof of Claim)

US Bank, National Association
Attn: Officer
425 Walnut Street
Cincinnati, OH 45202
(FDIC)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 5

*February 2013*                                                                                                                        **F 4003-2.4.ORDER**