| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael J. Jaurigue, CSBN 208123<br>Elaine Le, CSBN 277124<br>JAURIGUE LAW GROUP<br>114 N. Brand Blvd., Suite 200<br>Glendale, CA 91203<br>818-630-7280, 888-879-1697 (fax)<br>michael@jlglawyers.com<br>elaine@jlglawyers.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* JULIE CORONA | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>JULIE CORONA<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:13-bk-24037-NB<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: 03/06/2014<br>TIME: 2:00 pm<br>COURTROOM: 1545 |
|---|---|

1. TO:  314 Monterey Road Condominium Association, Inc.c/o SoCal Collections LLC and c/o Richardson Harman

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

3. **Hearing Location**:

   ☒ 255 East Temple Street, Los Angeles, CA 90012     ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

4. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

5. **Deadline for Opposition Papers:** This motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                              **F 4003-2.4.JR.LIEN.MOTION**

a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: 1/30/2014

JAURIGUE LAW GROUP
Printed name of law firm (if applicable)

Elaine Le
Printed name of Debtor or attorney for Debtor

/s/ Elaine Le
Signature of Debtor or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 4003-2.4.JR.LIEN.MOTION**

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: JULIE CORONA)

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):**
314 Monterey Road Condominium Association, Inc. c/o SoCal Collections LLC and c/o Richardson Harman

1. **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

    Street address: 314 MONTEREY RD.
    Unit number: #4
    City, state, zip code: SOUTH PASADENA, CA 91030

    Legal description of Property or document recording number (*including county of recording*):
    TR#:38903*TR=38903 LOT 1 CONDOMINIUM AND LOT 3 WOOD TR*UNIT 9 City/Muni/Twp:
    REGION/CLUSTER: 05/05494, Los Angeles County APN: 5313-017-046

    ☐ See attached page for legal description of Property or document recording number.

2. **Case History:**

    a. A voluntary petition under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on (*specify petition date*): 05/29/2013.

    b. ☐ An Order of Conversion to chapter 13 was entered on (*specify date*): _____.

3. **Grounds for Avoidance of Junior Lien:**

    a. As of (*date of title review*) 05/29/2013, the Property is subject to the following liens in the amounts specified securing the debt against the Property that the Debtor seeks to have treated as indicated:

    (1) (*Name of holder of 1st lien*) PHH Mortgage in the amount of $ 314,854.21.

    (2) (*Name of holder of 2nd lien*) Real Time Resolutions for Chase in the amount of $ 79,291.54    ☐ is ☒ is not to be avoided;

    (3) (*Name of holder of 3rd lien*) 314 Monterey Condo c/o So Cal in the amount of $ 8,486.41    ☐ is ☒ is not to be avoided;

    ☐ See attached page for additional lien(s).

    As of (*date of valuation/appraisal*) 05/29/2013, Property is worth no more than (*value per valuation/appraisal*) $ 290,000.00.

    b. As a result, each Respondent's Lien encumbering the Property is wholly unsecured.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                 Page 3                              **F 4003-2.4.JR.LIEN.MOTION**

c. **Evidence in Support of Motion:**

(1) ☐ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*) _____, attached hereto and identified as Exhibit ___ .

(2) ☐ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*) _____, attached hereto and identified as Exhibit ___ .

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*) _____, attached hereto and identified as Exhibit ___ .

(4) ☐ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit ___ .

(5) ☐ The value of the Property from paragraph 3(b) is based on (*type of evidence*) _____, attached as Exhibit ___ .

(6) ☒ Debtor submits the attached Declaration(s).

(7) ☐ Other evidence *(specify/identify supplemental evidence)*: _____
_____, attached as Exhibit ___ .

d. **WHEREFORE, Debtor prays that this court issue an order granting this motion and establishing that**:

(1) The Property is valued at no more than (*requested value*) $ 290,000.00 _____.

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan or ☒ receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 4                    **F 4003-2.4.JR.LIEN.MOTION**

e. ☐ See attached continuation page for additional provisions.

Date: 01/30/2014                                    Respectfully submitted,

                                                                 /s/ Elaine Le
Signature of Debtor or attorney for Debtor

                                                                 Elaine Le
Printed name of Debtor or attorney for Debtor

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 5                                    **F 4003-2.4.JR.LIEN.MOTION**